**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:                                                                                           Case No.: 8:25-bk-04409

                                                                                                      Chapter 13 Case

WILLIAM EDWIN SMALL,
     Debtor.
_____/

**SECOND MOTION FOR EXTENSION OF TIME**

     COMES NOW the Debtor, WILLIAM EDWIN SMALL, by and through his undersigned counsel, and hereby files this Second Motion for Extension of Time to file the remainder of the Bankruptcy Schedules and Chapter 13 Plan, and states as follows:

1. The Debtor's Chapter 13 bankruptcy case was filed on June 30, 2025.

2. The Court entered a Notice of Incomplete and/or Deficient Filing and Opportunity to Cure Deficiencies on July 1, 2025 (Doc. No. 5), which required all deficiencies be cured no later than 14 days from the date the petition was filed or June 30, 2025.

3. The Debtor filed a Motion for Extension of Time to cure the deficiencies on July 14, 2025 (Doc. No. 11), on which the Court entered on July 16, 2025 an Order Granting Motion to Extend Time to File Schedules, Statements and Chapter 13 Plan which extended the time to cure all deficiencies by July 22, 2025, an extension of only eight (8) days.

4. The Debtor is near completion and only requires a few more days to get the paperwork completed, reviewed, signed, and filed in the Bankruptcy Court.

5. The 341 meeting of creditors is scheduled for July 29, 2025. The Debtor requests an extension to Friday, July 25, 2025 to complete his filing.

     **WHEREFORE**, the Debtor seeks a second Order from this Court allowing an extension

of time to file the remaining schedules and Chapter 13 Plan through July 25, 2025.

Dated:    July 22, 2025   

Respectfully submitted,

THE GOLDEN LAW GROUP

/s/ M. Eric Barksdale, Esq.
G. DONALD GOLDEN, ESQUIRE
Florida Bar No. 0137080
E-Mail: don@brandonlawyer.com
ERIC BARKSDALE, ESQUIRE
Florida Bar No. 0845353
E-Mail: eric@brandonlawyer.com
THE GOLDEN LAW GROUP
429 Lithia Pinecrest Road
Brandon, Florida  33511
Telephone:  (813) 413-8700
Facsimile:   (813) 413-8701

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **Motion for Extension Time** has been provided via first class U.S. mail, postage prepaid, or electronically, to:  Office of the U.S. Trustee; Jon Waage, Chapter 13 Trustee; and to William Edwin Small, via personal email; on this    22nd    day of  July 2025.

      /s/ M. Eric Barksdale   
G. DONALD GOLDEN, ESQUIRE
M. ERIC BARKSDALE, ESQUIRE