[Doddos] [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

Dated: July 29, 2025

                                                        _____
                                                        Catherine Peek McEwen
                                                        United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                      Case No. 8:25−bk−04409−CPM
                                                                                      Chapter 13

William Edwin Small

_____Debtor*_____/

### ORDER DENYING MOTION FOR ADMISSION OF KIMBERLY ROSS CLAYSON TO APPEAR PRO HAC VICE

THIS CASE came on for consideration, without hearing, of the Motion for Admission of Kimberly Ross Clayson to Appear Pro Hac Vice filed by Jonathan T. Crane, Esq. , Doc. # 20 . After review, the Court determines that the motion is deficient as follows:

The Motion does not include the state where the attorney is admitted to practice and/or the associated Bar number. Local Rule 2090−1(c)(1).

Accordingly it is

**ORDERED:**

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.