# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

| IN RE: | CASE NO: 8-25-bk-04409-CPM |
|---|---|
| WILLIAM EDWIN SMALL | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 35 |

On 8/1/2025, I did cause a copy of the following documents, described below,

Order Reserving Ruling on Trustee's Motion to Dismiss and Rescheduling 341 Meeting of Creditors ECF Docket Reference No. 35

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/1/2025

/s/ Jon M. Waage
Jon M. Waage

Chapter 13 Trustee
PO Box 25001
Bradenton, FL  34206-5001
941 747 4117
cos@tampa13.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br><br>WILLIAM EDWIN SMALL | CASE NO: 8-25-bk-04409-CPM<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 35 |

On 8/1/2025, a copy of the following documents, described below,

Order Reserving Ruling on Trustee's Motion to Dismiss and Rescheduling 341 Meeting of Creditors ECF Docket Reference No. 35

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/1/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jon M. Waage
Chapter 13 Trustee
PO Box 25001
Bradenton, FL  34206-5001

```
USPS FIRST CLASS MAILING EXCLUSIONS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING      ALLY BANK CO AIS PORTFOLIO SERVICES      BMW FINANCIAL SERVICES NA  LLC  CO AIS
NCRS ADDRESS DOWNLOAD                 LLC                                      PORT
CASE 8-25-BK-04409-CPM                4515 N SANTA FE AVE DEPT APS             4515 N SANTA FE AVE DEPT APS
MIDDLE DISTRICT OF FLORIDA            OKLAHOMA CITY   OK 73118-7901            OKLAHOMA CITY  OK 73118-7901
FRI AUG 1 10-6-59 PST 2025


                                                                               EXCLUDE
DALLAS INTERNATIONAL  LLC             SCC HOLDINGS  LLC                        UNITED STATES TRUSTEE - TPA713 7
CO KIMBERLY ROSS CLAYSON              CO KIMBERLY ROSS CLAYSON                 TIMBERLAKE ANNEX  SUITE 1200
27777 FRANKLIN RD                     27777 FRANKLIN RD                        501 E POLK STREET
SUITE 2500                            SUITE 2500                               TAMPA  FL 33602-3949
SOUTHFIELD  MI 48034-8222             SOUTHFIELD  MI 48034-8222


WELLS FARGO BANK  NA                  ALLY BANK                                BF FINANCIAL INC
CO DONALD R KIRK                      PO BOX 380902                            120 S LA SALLE ST STE 1520
CARLTON FIELDS  PA                    MINNEAPOLIS MN 55438-0902                CHICAGOIL 60603-3573
PO BOX 3239
TAMPA  FL 33601-3239


CITIBANK NA                           (P)COMERICA BANK                         DEPARTMENT OF REVENUE
PO BOX 6190                           ATTN MC 7599                             PO BOX 6668
SIOUX FALLS SD 57117-6190             36455 CORPORATE DR                       TALLAHASSEE  FL 32314-6668
                                      FARMINGTON HILLS MI 48331-3552


                                      EXCLUDE
ELANBMW                               (U)FORD MOTOR CREDIT COMPANY             FORD MOTOR CREDIT COMPANY LLC
CB DISPUTES                           3620 QUEEN PALM DR                       CO  SZUBA  ASSOCIATES  PLLC
SAINT LOUIS MO63166                   TAMPAFL33619                             40600 ANN ARBOR RD STE100
                                                                               40600 ANN ARBOR RD STE 100  40600 ANN
                                                                               AR
                                                                               PLYMOUTH  MI 48170-4675


                                      EXCLUDE
INTERNAL REVENUE SERVICE              (U)PNC EQUIPMENT FINANCE  LLC            SALLIE MAE
PO BOX 7346                           655 BUSINESS CENTER DRIVE                PO BOX 3229
PHILADELPHIA  PA 19101-7346           HORSHAMPA19044                           WILMINGTON DE 19804-0229


SHIRLEY BARTHOLD                      SZUBA  ASSOCIATES  PLLC                  WELLS FARGO
CO ALDRICH LEGAL SERVICES PLLC        40600 ANN ARBOR RD STE 100               101 N PHILLIPS AVE
276 S UNION ST                        PLYMOUTH  MI 48170-4675                  SIOUX FALLS SD 57104-6714
PLYMOUTH  MI 48170-2289


                                                                               EXCLUDE
BRIAN JENKS                           GREG BOLLER                              JON WAAGE
CO KIMBERLY ROSS CLAYSON              CO KIMBERLY ROSS CLAYSON                 P O BOX 25001
27777 FRANKLIN RD                     27777 FRANKLIN RD                        BRADENTON  FL 34206-5001
SUITE 2500                            SUITE 2500
SOUTHFIELD  MI 48034-8222             SOUTHFIELD  MI 48034-8222


                                                                               DEBTOR
MICHAEL ERIC BARKSDALE                SHIRLEY BARTHOLD                         WILLIAM EDWIN SMALL
THE GOLDEN LAW GROUP                  2578 CLEVELAND WAY                       5367 OXFORD GRAY RD
429 LITHIA PINECREST RD               CANTON  MI 48188-6250                    WESLEY CHAPEL  FL 33545-3294
BRANDON  FL 33511-6138
```