UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re )
)
WILLIAM EDWIN SMALL, ) Case No. 8:25-bk-04409-CPM
) Chapter 13
Debtor. )
)
_____ )

NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing in this case will be held on **September 2, 2025, at 11:00 a.m.** in **Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue Tampa, FL 33602** on the following matter:

> **Motion to Convert Debtor's Case to Chapter 7 Pursuant to 11 U.S.C. Section 1307 (Doc No. 43)**

The hearing may be continued upon announcement made in open Court without further notice.

Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

All parties may attend the hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

Dated: August 13, 2025

Respectfully submitted by,

FURR AND COHEN, P.A.
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
(561) 395-0500
(561) 338-7532 – facsimile

By /s/ Jonathan T. Crane
Jonathan T. Crane, Esq.
Florida Bar No. 1039351
E-mail: jcrane@furrcohen.com
***Local Counsel to Kimberly Ross Clayson and Thomas Coughlin (as counsel for Dallas International, LLC, SCC Holdings, LLC, Brian Jenks, and Greg Boller)***

## PROOF OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished electronically to the US Trustee parties via the CM/ECF system, electronic transmission, and all parties on the attached Official Court Matrix via US Mail on the 13th day of August 2025 in accordance with the Federal Rules of Bankruptcy Procedure.

/s/Jonathan T. Crane
Jonathan T. Crane, Esq.
Florida Bar No. 1039351

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:25-bk-04409-CPM<br>Middle District of Florida<br>Tampa<br>Wed Aug 13 17:18:33 EDT 2025 | Ally Bank<br>PO Box 380902<br>Minneapolis MN 55438-0902 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Alona Capital Investments, LLC<br>4650 NW 107 Avenue #1803<br>Miami, FL 33178-4255 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | BMW Financial Services NA, LLC c/o AIS Portf<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| BMW Financial Services NA, LLC, c/o AIS Port<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Michael Eric Barksdale<br>The Golden Law Group<br>429 Lithia Pinecrest Rd<br>Brandon, FL 33511-6138 | Shirley Barthold<br>2578 Cleveland Way<br>Canton, MI 48188-6250 |
| Bf Financial Inc<br>120 S La Salle St Ste 1520<br>ChicagoIL 60603-3573 | Greg Boller<br>c/o Kimberly Ross Clayson<br>27777 Franklin Rd<br>Suite 2500<br>Southfield, MI 48034-8222 | Michael E Cecil<br>Jon M Waage, Chapter 13 Trustee<br>PO Box 25001<br>Bradenton, FL 34206-5001 |
| Citibank NA<br>PO Box 6190<br>Sioux Falls SD 57117-6190 | Kimberly Ross Clayson<br>Taft Stettinius & Hollister LLP<br>27777 Franklin Rd. Suite 2500<br>Southfield, MI 48034-8222 | (p)COMERICA BANK<br>ATTN MC 7599<br>36455 CORPORATE DR<br>FARMINGTON HILLS MI 48331-3552 |
| Thomas E Coughlin<br>Jaffe Raitt Heuer & Weiss PC<br>27777 Franklin Road<br>Suite 2500<br>Southfield, MI 48034-8214 | Jonathan T Crane<br>Furr and Cohen, P.A.<br>2255 Glades Road<br>Ste 419a<br>Boca Raton, FL 33431-7379 | Dallas International LLC<br>c/o Taft Stettinius & Hollister LLP<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034-8222 |
| Dallas International, LLC<br>c/o Kimberly Ross Clayson<br>27777 Franklin Rd<br>Suite 2500<br>Southfield, MI 48034-8222 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Elan/Bmw<br>Cb Disputes<br>Saint Louis MO63166 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Ford Motor Credit Company LLC<br>C/O: Szuba & Associates, PLLC<br>40600 Ann Arbor Rd Ste100<br>40600 Ann Arbor Rd Ste 100, 40600 Ann Ar<br>Plymouth, MI 48170-4675 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Brian Jenks<br>c/o Kimberly Ross Clayson<br>27777 Franklin Rd<br>Suite 2500<br>Southfield, MI 48034-8222 | Donald R Kirk<br>Carlton Fields, P.A.<br>PO Box 3239<br>4221 W. Boy Scout Blvd., #1000 (33602)<br>Tampa, FL 33607-5743 |
| Ashley Mallon<br>Carlton Fields<br>4221 W Boy Scout Blvd<br>Unit 1000<br>Tampa, FL 33607-5780 | SCC Holdings, LLC<br>c/o Kimberly Ross Clayson<br>27777 Franklin Rd<br>Suite 2500<br>Southfield, MI 48034-8222 | SCC Holdings, LLC<br>c/o Taft Stettinius & Hollister LLP<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034-8222 |

| | | |
|---|---|---|
| Sallie Mae<br>Po Box 3229<br>Wilmington DE 19804-0229 | Shirley Barthold<br>c/o Aldrich Legal Services PLLC<br>276 S Union St<br>Plymouth MI 48170-2289 | William Edwin Small<br>5367 Oxford Gray Rd.<br>Wesley Chapel, FL 33545-3294 |
| Joseph F Southron<br>Four Rivers Law Firm<br>400 N. Ashley Drive<br>Ste 1720<br>Tampa, FL 33602-4326 | Szuba & Associates, PLLC<br>40600 Ann Arbor Rd Ste 100<br>Plymouth, MI 48170-4675 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| United States Trustee - TPA7/13 7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 |
| Wells Fargo<br>101 N. Phillips Ave.<br>Sioux Falls SD 57104-6714 | Wells Fargo Bank, N.A.<br>c/o Donald R. Kirk<br>Carlton Fields, P.A.<br>P.O. Box 3239<br>Tampa, FL 33601-3239 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW Financial Services<br>PO Box 78103<br>Phoenix, AZ 85062 | Comerica Bank<br>1717 Main St<br>DallasTX 75201 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (u)Ford Motor Credit Company<br>3620 Queen Palm Dr.<br>TampaFL33619 | (d)Kimberly Ross Clayson<br>Taft Stettinius & Hollister LLP<br>27777 Franklin Road<br>Suite 2500<br>Southfield, MI 48034-8222 |
| (u)PNC Equipment Finance, LLC<br>655 Business Center Drive<br>HorshamPA19044 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     4<br>Total                  44 | |